# Court of Appeals
## Tenth Appellate District of Texas

10-26-00033-CV

Kim Pinckard,
Appellant

v.

Melinda Strohmeyer Pace, Karen Strohmeyer Morgan, Anthony
Kendrick Strohmeyer, Amy Ruth Strohmeyer Strazza, and Sara Ann
Strohmeyer Hankins,
Appellees

On appeal from the
249th District Court of Johnson County, Texas
Judge Tiffany Strother, presiding
Trial Court Cause No. DC-C202500486

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant was notified by letter from the Clerk of this Court that the
Appellant's Brief was due on or before May 7, 2026. The brief was not filed
and no motion for extension was received. On May 14, 2026, Appellant was
notified by letter from the Clerk of this Court that the brief had not been filed
and that the brief or a response showing grounds for continuing the appeal was

filed on or before June 4, 2026, the appeal would be dismissed. Neither the brief nor a response have been received by this Court.

Accordingly, this appeal is dismissed for want of prosecution and for the failure to follow a directive of the Clerk of this Court. *See* TEX. R. APP. P. 42.3(b), (c).

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  June 18, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

